UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIFFANY MCCLEERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00549-RLY-MG |
| NEW WORLD COLLECTIONS, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

### FINAL JUDGMENT

Consistent with today's Order, the court dismisses the action with prejudice. In doing so, the court has resolved all the issues present in the case. Consequently, the court now enters final judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 22nd day of November 2023.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: ___Dina M. Doyle___
Deputy Clerk, U.S. District Court

Distributed Electronically to Registered Counsels of Record.